**Opinion issued April 25, 2014**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-14-00318-CV

———————————

## IN RE TEXAS WINDSTORM INSURANCE ASSOCIATION, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Texas Windstorm Insurance Association, filed a petition for writ of mandamus challenging the trial court's order imposing sanctions by striking some of relator's affirmative defenses.* We **deny** the petition for writ of mandamus. We dismiss relator's motion to stay proceedings in the underlying case as moot.

---

\* The underlying case is *League City v. Texas Windstorm Insurance Association*, cause number 12-CV-0053, pending in (1) the 56th District Court of Galveston County, Texas (for pre-trial proceedings), the Honorable Lonnie Cox presiding and (2) the 10th District Court of Galveston County, Texas (for trial proceedings), the Honorable Kerry Neves presiding. The order from which relator seeks mandamus relief was issued by Judge Cox.

## PER CURIAM

Panel consists of Chief Justice Radack, and Justices Massengale and Huddle.